JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
KERRY ROBERTS,                   )    NO. CV 22-3923-FMO(E)
                                 )
           Plaintiff,            )
                                 )
     v.                          )    JUDGMENT
                                 )
CSP-LAC PRIMARY CARE PHYSICIAN   )
KHINDE, ET AL.,                  )
                                 )
           Defendants.           )
_____  )
```

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: November 7, 2022.

                              _____/s/_____
                                   FERNANDO M. OLGUIN
                              UNITED STATES DISTRICT JUDGE